# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: HELEN T. KAUFMAN, SETTLORS   :   No. 592 MAL 2017
TRUST   :
  :
  :
  :   Petition for Allowance of Appeal from
PETITION OF: MICHAEL JOHN LEIDEN   :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is

**DENIED**.